**KRONENBERGER ROSENFELD, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KRInternetLaw.com
jeff@KRInternetLaw.com

Attorneys for Movant Doe



FILED
2018 MAR 27 A 9:52
CLERK, U.S. ... ...
NO. ...

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DOE, an individual,

      Movant,

    v.

UNITED STATES OF AMERICA
DEPARTMENT OF THE TREASURY,
OFFICE OF INSPECTOR GENERAL,

      Respondent.

Case No. **CV 18 80062 MISC.**

**DECLARATION OF JEFFREY M. ROSENFELD IN SUPPORT OF MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER**

Date:    TBD
Time:    TBD
Ctrm:    TBD
Before:  TBD

Case No.

ROSENFELD DECL. ISO MTN. TO QUASH

I, Jeffrey M. Rosenfeld, declare as follows:

1. I am attorney admitted to practice in State of California and the United States District Court for the Northern District of California. I am a partner at the law firm of Kronenberger Rosenfeld, LLP, counsel of record for Movant Doe. Unless otherwise stated, I have personal knowledge of the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of a subpoena duces tecum dated February 7, 2018 and issued by the United States of America Department of the Treasury, Office of Inspector General to Google LLC ("Google"). Google has only provided me with a redacted copy of the Subpoena. As such, I do not know the name of the issuing officer of the Subpoena nor can I determine any contact information for the issuing officer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on March 26, 2018.

Jeffrey M. Rosenfeld