Exhibit A

No. 681

# United States of America
DEPARTMENT OF THE TREASURY
OFFICE OF INSPECTOR GENERAL
SUBPOENA DUCES TECUM

To: ▇▇▇▇▇▇▇
YouTube (Google, Inc.)
901 Cherry Ave.
San Bruno, CA 94066
▇▇▇▇▇▇▇

PURSUANT TO TITLE 5 U.S.C.A. APP. 3, SECTION 6(a)(4), YOU ARE HEREBY COMMANDED TO DELIVER the material listed at Attachment A, to ▇▇▇▇▇▇▇
▇▇▇▇▇▇▇

This material is necessary to carry out a legitimate law enforcement inquiry under the authority of the Inspector General Act of 1978, as amended, 5 U.S.C.A. App. 3. Under this Act, the Inspector General has the duty and responsibility to conduct and supervise audits and investigations, to promote economy, efficiency and effectiveness in the administration of, and to prevent and detect fraud and abuse in and relating to, the programs and operations of the Department of the Treasury.



IN TESTIMONY WHEREOF, the
▇▇▇▇▇▇▇ of said DEPARTMENT
OF THE TREASURY, has hereunto set his
hand at Washington, D.C. this 7th day of
Feb, 2015.

## ATTACHMENT A

Any and all documents or records (as that term is defined in Attachment B) in the custody or control of email address: htttps://www.youtube.com/watch?v=AKVtU4pN20Q dated November 17, 2017 and htttps://youtu.be/INAKKiWH4wY dated April 4, 2017.

The information should include, but not be limited to the following:

       (1) Subscriber/Account holder registration information on file.

       (2) Billing/mailing address on file.

       (3) Telephone numbers on file.

       (4) Current account (s) status.

       (5) Sign-In IP addresses and associated time stamps.

       (6) Account Log-In IP Addresses

       (7) Copy of the video if applicable